No. 10–9695. Longee *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 10–9698. Villar *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 10–9699. Rivera *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 10–9700. Reyes *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 10–9708. Fisher *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 10–9709. Inirio-Castro *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 10–9711. Green *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 10–9724. Jones *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 10–9725. Ley *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 10–9726. Barajas-Garcia, aka Soto-Martinez *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 10–9730. Avitia Gamboa *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 10–9731. Galloso-Hurtado *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 10–9735. Hamilton *v.* United States. Ct. App. D. C. Certiorari denied.

No. 10–9736. Glenn *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 10–9738. Franks *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 10–9739. Hardy *v.* United States. C. A. 5th Cir. Certiorari denied.